USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

      -against-

Frankie Fazinga
               Defendant.
------------------------------------------------------x

16 CR 785 (VB)

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated June 2, 2017, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: August 28, 2017
       White Plains, NY

SO ORDERED

_____
Vincent L. Briccetti
United States District Judge